Mary Jo O'Neill, AZ Bar No. 005924
James P. Driscoll-MacEachron, AZ Bar No. 027828
William R. Hobson, AZ Bar No. 006887
Michael Baskind, AZ Bar No. 030810
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office
3300 North Central Ave., Suite 690
Telephone: (602) 640-5061
Fax: (602) 640-5071
Email:  james.driscoll-maceachron@eeoc.gov
           william.hobson@eeoc.gov
           michael.baskind@eeoc.gov

Attorneys for Plaintiff

Burr J. Shields, AZ Bar No. 011711
Aiken Schenk Hawkins & Ricciardi P.C.
2390 E. Camelback Rd., Suite 400
Phoenix, AZ 85016
Telephone: (602) 248-8203
Fax: (602) 248-8840
Email:  burr@aikenschenk.com
           nbv@aikenschenk.com

Attorneys for Defendant Matrix Medical Network

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Community Care Health Network Inc. d/b/a Matrix Medical Network,<br><br>　　　　　Defendant. | **Case No.: 2:18-cv-03008-JJT**<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

The parties jointly move for entry of the Consent Decree, filed as Exhibit A to this motion. As grounds for this motion, the Parties state as follows:

1. The Consent Decree has been signed by all parties.

2. All issues in this case are resolved by the Consent Decree, including all of the Equal Employment Opportunity Commission's claims for monetary, injunctive, and equitable relief.

3. The parties stipulate that this Consent Decree is fair, reasonable, and equitable; is not a product of collusion; and does not violate the public interest. The Consent Decree was achieved after arms-length negotiations between the Parties, who attended mediation of this matter on August 5, 2019. After a full day of mediation, the Parties reached agreement on all of the terms of the Consent Decree.

RESPECTFULLY SUBMITTED, this 5th day of August, 2019.

MARY JO O'NEILL
Regional Attorney

JAMES DRISCOLL-MACEACHRON
Supervisory Trial Attorney

*/s/William R. Hobson*
William R. Hobson
Trial Attorney

Michael Baskind
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, AZ 85012

Attorneys for Plaintiff

*/s/ Burr Shields*
Burr J. Shields
Aiken Schenk Hawkins & Ricciardi P.C.

2390 E. Camelback Rd., Suite 400
Phoenix, AZ 85016
burr@aikenschenk.com
nbv@aikenschenk.com

Attorney for Defendant Matrix Medical Network