Mary Jo O'Neill, AZ Bar No. 005924
James P. Driscoll-MacEachron, AZ Bar No. 027828
Michael Baskind, AZ Bar No. 030810
William R. Hobson, AZ Bar No. 006887
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION, Phoenix District Office**
3300 North Central Ave., Suite 690
Telephone: (602) 535-0412
Fax: (602) 640-5071
Email: james.driscoll-maceachron@eeoc.gov
         michael.baskind@eeoc.gov
         william.hobson@eeoc.gov

Attorneys for Plaintiff EEOC

James Burr Shields, AZ Bar No. 011711
**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
2390 East Camelback Road
Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: burr@aikenschenk.com
E-Mail: nbv@aikenschenk.com

Attorneys for Defendant
Care Health Network, Inc.
d/b/a Matrix Medical Network, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) | Case No. 2:18-cv-03008-JJT |
| Plaintiff, | ) | |
| | ) | **CONSENT DECREE** |
| vs. | ) | |
| | ) | |
| Community Care Health Network, LLC d/b/a Matrix Medical Network | ) | |
| | ) | |
| Defendant. | ) | |

1

## I. RECITALS

1.     This matter was instituted by Plaintiff, Equal Employment Opportunity Commission ("Commission" or "Plaintiff" or "EEOC"), an agency of the United States government, alleging that Defendant Community Care Health Network, LLC d/b/a Matrix Medical Network ("Matrix Medical") violated Title VII of the Civil Rights Act of 1964 by rescinding Patricia Andrews's (formerly known as Patricia Pogue) job offer because she was pregnant.

2.     The EEOC and Matrix Medical, desiring to settle this action by an appropriate Decree, agree to the jurisdiction of this Court over the Parties to the Decree and the subject matter of this action, and agree to the power of this Court to enter a Consent Decree enforceable against Matrix Medical.

3.     This Decree is final and binding upon the Parties to the Decree and their successors and assigns.  As to the issues resolved, the EEOC and Matrix Medical jointly request this Court to adjudge as follows:

THEREFORE, upon the consent of the Parties to the Decree, and upon review by the Court of these terms, it is ORDERED, ADJUDGED, and DECREED that the following terms are approved as set forth herein:

## II. JURISDICTION

4.     The EEOC and Matrix Medical stipulate to the jurisdiction of the Court over the Parties to the Decree and subject matter of this action and have waived the entry of findings

of fact and conclusions of law.

### III.  TERM AND SCOPE

5.     **Term:**  The Term of this Decree and all obligations hereunder shall be one year from the date that the Court signs this Decree.  During the Term of the Decree, this Court shall retain jurisdiction for purposes of compliance and any disputes that may arise hereunder. At the end of this Term, provided Matrix has adhered to the requirements set forth herein, this case shall be deemed dismissed with prejudice.

### IV.  ISSUES RESOLVED

6.     This Decree resolves the claims alleged in the above-captioned lawsuit and constitutes a complete resolution of all of the Commission's claims of unlawful employment practices under Title VII that arise from the EEOC's Letter of Determination issued to Matrix Medical concerning Mrs. Andrews's Charge of Discrimination Number 540-2016-00488.

7.     The terms of this Decree shall be binding upon the present and future directors, officers, managers, agents, successors, and assigns of Matrix Medical.  During the term of this Decree, Matrix Medical and any successors of Matrix Medical shall provide a copy of this Decree to any organization or person who proposes to acquire or merge with Matrix Medical during the term of this Decree or to any successor of Matrix Medical, prior to the effectiveness of any such asset sale, acquisition, or merger.   This Paragraph shall not be deemed to limit any remedies available in the event of any finding by the Court regarding

any violation of this Decree.

## V.    MONETARY RELIEF

**8.**    Judgment is hereby entered in favor of the Commission and against Matrix Medical in the amount of $150,000.

**9.**    Matrix Medical will not condition the receipt of monetary relief upon Mrs. Andrews's agreement to (a) maintain as confidential the facts and/or allegations underlying the complaint and the terms of this Decree; (b) waive her statutory rights to file a charge with any governmental agency; (c) refrain from reapplying for a job with Matrix Medical; or (d) agree to a non-disparagement and/or confidentiality agreement.

**10.**    To resolve these claims, and in satisfaction of the monetary judgment set forth in Paragraph 8, Matrix Medical shall pay Mrs. Andrews $50,000 in backpay and $100,000 in compensatory damages. Matrix Medical shall be responsible for paying the employer and employee share of payroll taxes for backpay. By January 31, 2020, Matrix Medical shall issue Mrs. Andrews a United States Internal Revenue Service Form W-2 for all payments designated as backpay and United States Internal Revenue Service Form 1099 for all payments designated as compensatory damages. The amount for compensatory damages shall be placed in Box 3 of the 1099.

**11.**    No later than fourteen (14) days after the Court enters this Decree, Matrix Medical shall send payment to Mrs. Andrews at the address provided by the EEOC.  All payments must be made by certified check, cashier's check, or money order.

4

12.     Within three (3) business days after the payment is sent, Matrix Medical shall submit confirmation of the payments issued to the EEOC.

13.     If the EEOC informs Matrix Medical that Mrs. Andrews has not received a check within a month of Matrix Medical's mailing of the check, Matrix Medical shall cancel the original check, reissue another check, and submit a copy of the reissued check to the EEOC within ten (10) days.

## VI.    OTHER INDIVIDUAL RELIEF

14.     Within ten (10) calendar days after the date the Court signs this Decree, Matrix Medical shall expunge any negative documents from Mrs. Andrews's records, including (a) any and all references to the allegations of discrimination filed against Matrix Medical that formed the basis of this action; and (b) any and all references to Mrs. Andrews in this action.

15.     Within ten (10) calendar days after the date the Court signs this Decree, Matrix Medical will give Mrs. Andrews a letter of apology on company letterhead in the form attached as Attachment A.

## VII.  EQUITABLE RELIEF

16.     Matrix Medical and its officers, agents, successors, management (including supervisory employees), and other persons in active concert or participation with it, or any of them, shall not engage in any employment practice which discriminates on the basis of sex, including pregnancy.

17.     Matrix Medical and its officers, agents, successors, management (including

supervisory employees), and all other persons in active concert or participation with it shall not engage in reprisal or retaliation of any kind against any person because of such person's opposition to any practice made unlawful under Title VII of the Civil Rights Act of 1964. To that end, Matrix Medical shall not retaliate against a person because such person makes an internal complaint of discrimination with Matrix Medical; because such person files or causes to be filed a charge of discrimination with the EEOC or any other agency charged with the investigation of employment discrimination complaints; because such person's statements serve as the basis of a charge of discrimination; or because such person testifies or participates in the investigation of a charge of discrimination or lawsuit alleging a violation of Title VII. Matrix Medical shall not retaliate in any manner against individuals identified as witnesses in this action or who assisted in the investigation giving rise to this action. Nor shall Matrix Medical retaliate against any person identified as a witness or possible witness of discrimination in future investigations or proceedings related to a charge of discrimination.

### A.    *EEO Policy Review and Revision*

**18.**    Within sixty (60) days after the date the Court signs this Decree, Matrix Medical shall, in consultation with an outside consultant and/or legal counsel experienced in the area of employment discrimination law ("Consultant"), review and revise, if necessary, its EEO policies, including policies related to pregnancy discrimination to conform with the law. Matrix Medical shall revise its policies to include, at a minimum:

**18.1.**    A strong and clear commitment to preventing unlawful discrimination based

on sex, including pregnancy;

**18.2.** A clear and complete definition of discrimination based on sex, including pregnancy;

**18.3.** A statement that discrimination based on sex, including pregnancy, is prohibited against employees and applicants and will not be tolerated;

**18.4.** A clear and strong encouragement of persons who believe that they have been subjected to discrimination based on sex, including pregnancy, to report such concerns;

**18.5.** The identification of specific individuals, with telephone numbers and email addresses, to whom applicants and employees can report concerns about discrimination based on sex, including pregnancy;

**18.6.** A clear explanation of the steps an applicant or employee can take to report discrimination based on sex, including pregnancy, which much include the options of either an oral or written complaint;

**18.7.** An assurance that Matrix Medical will investigate allegations of any activity that might be construed as unlawful discrimination based on sex, including pregnancy, and that such investigation will be prompt, fair, and reasonable, and conducted by an investigator specifically trained in receiving, processing, and investigating allegations of discrimination based on sex, including pregnancy who is not responsible for supervising and/or making employment decisions for either the individual making the complaint or the individual against whom the complaint

7

is made;

**18.8.** An assurance that appropriate corrective action will be taken by Matrix Medical to make victims whole and to eradicate the unlawful conduct within its workforce;

**18.9.** A description of the consequences, up to and including termination, that will be imposed upon violators of Matrix Medical's policies against discrimination based on sex, including pregnancy;

**18.10.** A promise of confidentiality, to the extent practicable, for persons who report unlawful discrimination based on pregnancy, or who participate in an investigation into allegations of discrimination based on sex, including pregnancy; and

**18.11.** An assurance of non-retaliation for persons who report unlawful discrimination based on pregnancy, and for witnesses who provide testimony or other assistance in the investigation(s) of such alleged discrimination.

**19.** Within thirty (30) days after the date the Court signs the Decree, Matrix Medical shall revise its Personal Leave of Absence Policy to indicate that pregnant employees may take leave, if necessary, during their first six months of employment.

**20.** Within thirty (30) days after completion of the policy review and revision under Paragraphs 18 and 19 above, Matrix Medical's written EEO policies shall be posted electronically on a readily accessible location on Matrix Medical's intranet, included in any employee handbook, and distributed to each current employee's email. The written EEO policies shall also be distributed to all new employees either electronically or in paper

form. Employees shall be required to acknowledge receipt and review of the EEO policies.

*B.    Training*

21.    On an annual basis during the term of this Decree, Matrix Medical shall train the personnel set forth below on the federal laws prohibiting discrimination based on sex, including pregnancy. All training under this Paragraph shall be at Matrix Medical's selection and expense.  Training shall be by live presentation, by interactive webinar, or recording with a process for submission of questions by the Consultant or an outside vendor with experience in the federal laws prohibiting discrimination based on sex, including pregnancy. The training will be conducted as follows:

21.1.  **Human Resources and Supervisory Employees:**  For the duration of this Decree, Matrix Medical will require all employees who work in a human resources or supervisory capacity for Matrix Medical to receive at least 2 hours of training on Title VII and other federal anti-discrimination laws.  Half of these hours must directly address discrimination based on sex, including pregnancy.  The training must also cover proper methods for receiving, handling, and investigating (where applicable) complaints of discrimination. In addition, the training must cover proper methods for interviewing and selecting candidates.  In each of these training sessions, Matrix Medical shall emphasize that due to their positions of power, such employees (a) must be particularly vigilant not to discriminate; (b) must be sensitive of how their actions or words might be perceived by applicants and subordinate employees; and (c) must avoid any temptation to retaliate against an applicant or

9

employee because a complaint is made, or might be made, against them. Additionally, Matrix Medical will require employees who are newly hired or recently promoted into a human resources or supervisory position to complete the requisite 2 hours of training for that year within ninety (90) days of being hired or promoted. The training under this Paragraph must be provided by the Consultant or an outside vendor. The allocated training time may also include bystander intervention training or workplace civility training.

**21.2.**   An agenda for the training, training materials, and the resumes relating to the presenters, will be provided to the EEOC sixty (60) days before each training session.   Matrix Medical agrees that the first such training session will take place within ninety (90) days after the Court's entry of this Decree. Matrix Medical agrees that all of its personnel as required in this Consent Decree shall both register and attend the training sessions.

**21.3.**   At its discretion, the Commission may designate one or more Commission representatives to attend any of the live training sessions described above, and the Commission representatives shall have the right to attend and observe such sessions. Matrix Medical shall provide the Commission with ten (10) days notice that a training session will be conducted.   Alternatively, Matrix Medical may provide a comprehensive schedule of trainings.

## C.   *Posting to Employees*

**22.**   In all of its facilities, Matrix Medical shall post and cause to remain posted the

posters required to be displayed in the workplace by EEOC regulation 29 C.F.R. § 1601.30

23.     Within five (5) business days after the Court's entry of this Decree, Matrix

Medical shall post in its Scottsdale, Arizona corporate headquarters, in a conspicuous

place frequented by employees, the Notice attached as Attachment B to this Decree.  The

Notice shall remain posted for the duration of this Decree.  If the Notice becomes defaced

or illegible, Matrix Medical will replace it with a clean copy. Matrix Medical shall certify

to the Commission, in writing, within ten (10) days of entry of this Decree that the Notice

has been properly posted and shall provide recertification in each of the semi-annual

reports required under the Reporting provisions of this Decree.

## VIII. RECORDKEEPING AND REPORTING

24.     For the duration of this Decree, Matrix Medical shall maintain all records

concerning implementation of this Decree, including, but not limited to, all of the

following:

    **24.1.**   All job offers rescinded based on Matrix Medical's personal leave of

    absence policy;

    **24.2.**   All records reflecting exceptions made to Matrix Medical's personal leave

    of absence policy.

    **24.3.**   Records reflecting all written complaints of discrimination, including but

    not limited to discrimination based on sex, including pregnancy, and all of the

    records documenting the investigation of such complaints, including applicable

    witness statements, documents compiled during the investigation, any conclusions

and findings, and any corrective remedial actions taken; and

**24.4.**   Records reflecting the public placement of the postings of the EEO and Title VII policies, as expressed in Paragraph 22.

**25.**   Matrix Medical shall also comply with all recordkeeping obligations under the law prohibiting discrimination.

**26.**   Matrix Medical shall provide a report six weeks prior to the date on which the Decree is to expire.

**27.**   **Requirements:** Each report required under Paragraph 26 shall provide the following information:

**27.1.   Complaints of Discrimination Based on Sex**

**27.1.1.** The report shall include the following information for each complaint of discrimination based on sex, including pregnancy, whether formal or informal, in the reporting period:

**27.1.1.1.**   The name, address, email address, and telephone number of each person making a complaint of discrimination based on sex, including pregnancy, to Matrix Medical or to any federal, state, or local government agency;

**27.1.1.2.**   A brief summary of each complaint of discrimination based on sex, including pregnancy, including the date of the complaint, the name of the individual(s) who allegedly engaged in the discrimination, Matrix Medical's investigation and response to

the complaint, the name of the person who investigated or responded to the complaint, and what, if any resolution was reached; and

**27.1.1.3.** Copies of all documents not protected by the attorney-client or attorney work product privileges referring to the complaint, investigation and/or resolution thereof.

**27.2.  Training**

**27.2.1.** The report shall include the following information for each training program required under this Decree conducted during the reporting period:

**27.2.2.** A registry of attendance and/or certificates of completion;

**27.2.3.** The identity and contact information of the Consultant and/or vendor who provided the training; and

**27.2.4.** A copy of the program agenda and any written materials provided during the training and/or any PowerPoint presentations used.

**27.3.  Posting of Notice**

**27.3.1.** In each report, Matrix Medical shall recertify to the Commission that the Notice required to be posted under this Consent Decree, attached as Exhibit B, has remained posted during the reporting period, or, if removed, was promptly replaced.

**27.4.  Mrs. Andrews's File**

**27.4.1.** In the report, Matrix Medical shall certify to the Commission that any

13

negative documents in Mrs. Andrews's file have been expunged as required by Paragraph 14 of this Decree.

### 27.5.  Letter of Apology

**27.5.1.** In each report, Matrix Medical shall certify to the Commission that the letter of apology required by Paragraph 15 of this Decree has been provided to Mrs. Andrews.

### 27.6.  Recordkeeping

**27.6.1.**  In each report, Matrix Medical shall report on the creation and/or revision of any recordkeeping policies or practices required by this Decree.

## IX.  RETENTION OF JURISDICTION AND ENFORCEMENT OF DECREE

**28.**     This Court shall retain jurisdiction of this cause for purposes of compliance with this Decree and entry of such further orders or modifications as may be necessary or appropriate to effectuate equal employment opportunities for employees for the duration of the Decree.

**29.**     There is no private right of action to enforce the Parties' obligations under the Decree and only the Commission, or its successors or assigns, may enforce compliance with this Decree.

**30.**     The Commission may petition this Court for compliance with this Decree at any time during which this Court maintains jurisdiction over this action.  Should the Court determine that Matrix Medical has not complied with this Decree, appropriate relief, including extension of this Decree for such period as may be necessary to remedy its non-

compliance, may be ordered.

## X.  EEOC AUTHORITY

31.     With respect to matters or charges outside the scope of this Decree, this Decree shall in no way limit the powers of the Commission to seek to eliminate employment practices or acts made unlawful by any of the statutes over which the EEOC has enforcement authority, and do not arise out of the claims asserted in this lawsuit.

32.     The EEOC shall have the right to make reasonable requests for information from Matrix Medical to determine Matrix Medical's compliance with the Decree during the Term.  Matrix Medical shall comply with a request for such information within forty-five (45) days of the request.

## XI.  COSTS AND ATTORNEY'S FEES

33.     Each party shall be responsible for and shall pay its own costs and attorney's fees.

## XII.  NOTICE

34.     Unless otherwise indicated, any notice, report, or communication to the EEOC required under the provisions of this Decree shall be sent by certified mail, postage prepaid, as follows:

> Mary Jo O'Neill
> EEOC Phoenix District Office
> 3300 N. Central Ave Suite 690
> Phoenix, AZ 85012

35.     Unless otherwise indicated, any notice, report, or communication to Matrix Medical

required under the provisions of this Decree shall be sent by certified mail, postage prepaid,

as follows:

        John Hopkins
        Chief Legal Officer
        Matrix Medical Network
        9201 East Mountain View Road, Suite 220
        Scottsdale, AZ 85258

## XIV.  SIGNATURES

**36.** The Parties to this Decree agree to the entry of this Decree subject to final approval

by the Court.


SO ORDERED this _____ day of _____, 2019.

BY THE COURT:


_____

Honorable John J. Tuchi
United States Judge


BY CONSENT:

Equal Employment Opportunity
Commission

By: _____       By: _____
      Mary Jo O'Neill                 John Hopkins
      Regional Attorney           Chief Legal Officer

Date: _____          Date: _____

APPROVED AS TO FORM:

Michael Baskind
Trial Attorney
EEOC Phoenix District Office
3300 N. Central Ave Suite 690
Phoenix, AZ 85012
Attorney for Plaintiff EEOC

James Burr Shields
AIKEN SCHENK HAWKINS &
RICCIARDI P.C.
2390 East Camelback Road  Suite 400
Phoenix, Arizona 85016
Attorney for Defendant Care Health
Network, Inc. d/b/a Matrix Medical
Network, LLC

**ATTACHMENT A**

**<u>LETTER OF APOLOGY</u>**

Dear Mrs. Andrews,

    We sincerely regret what transpired regarding the Credentialing Manager position in 2015.  Matrix wishes you the best in your future endeavors and is committed to follow all laws which prohibit discrimination regarding pregnancy.

**COMMUNITY CARE HEALTH
NETWORK, LLC d/b/a MATRIX
MEDICAL NETWORK**

**By**_____
John Hopkins
Chief Legal Officer

-18-

1051690.1

## ATTACHMENT B

## <u>NOTICE TO EMPLOYEES</u>

The following notice is being posted pursuant to the terms of a Consent Decree resolving the lawsuit, *EEOC v. Care Health Network, Inc. d/b/a Matrix Medical Network, LLC*, filed in the United States District Court for the District of Arizona, Civil Action No. 2:18-cv-03008-JJT.  The United States Equal Employment Opportunity Commission ("EEOC") alleged in the lawsuit that Matrix Medical violated Title VII by refusing to hire an applicant for employment because she was pregnant.  Matrix Medical has denied those allegations.

Management of Matrix Medical emphasizes the company's policy of providing equal employment opportunity in all of its operations and in all areas of employment. Matrix Medical will not discriminate based on sex, including pregnancy, against any employee or applicant. Matrix Medical will ensure that there will be no discrimination against any employee or applicant on the grounds of religion, sex, national origin, disability, or age.

Any applicant or employee who believes that he/she has suffered discrimination on the basis of disability, age, race, color, religion, sex, pregnancy, national origin, or retaliation, or has a question about this Consent Decree has the right to contact the EEOC directly at:

> United States Equal Employment Opportunity Commission
> Phoenix District Office
> 3300 North Central Avenue
> Phoenix, AZ, 85012; Suite 690
> Intake Information Group: (800) 669-4000
> Phoenix Status Line: (602) 640-5000
> Website:  www.eeoc.gov

In compliance with federal law, Matrix Medical will retaliate against an applicant or employee who makes an internal complaint of discrimination or who contacts the EEOC or its state counterpart.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE.**

1051690.1

This Notice shall remain posted for the term of 1 year.

By:_____     _____

                                                                Date

1051690.1