Mary Jo O'Neill, AZ Bar No. 005924
James P. Driscoll-MacEachron, AZ Bar No. 027828
William R. Hobson, AZ Bar No. 006887
Michael Baskind, AZ Bar No. 030810
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Phoenix District Office
3300 North Central Ave., Suite 690
Phoenix, AZ  85012
Telephone: (602) 535-0412
Fax: (602) 640-5071
Email: james.driscoll-maceachron@eeoc.gov
      william.hobson@eeoc.gov
      michael.baskind@eeoc.gov

Attorneys for Plaintiff

James Burr Shields, AZ Bar. No. 011711
AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road
Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Fax: (602) 248-8840
E-Mail: burr@aikenschenk.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>      Plaintiff,<br><br>vs.<br><br>Community Care Health Network Inc. d/b/a/ Matrix Medical Network<br><br><br>      Defendant. | Case No.: 2:18-cv-03008-PHX-JJT<br><br>**JOINT NOTICE OF SETTLEMENT** |

Pursuant to this Court's Order (ECF 49), the EEOC and Community Care Health Network Inc. d/b/a/ Matrix Medical Network give notice that that the parties have settled this litigation and filed a joint motion for entry of a consent decree (ECF 51).

DATED August 6, 2019.

                RESPECTFULLY SUBMITTED,

                */s/ William R. Hobson*
                William R. Hobson
                Trial Attorney
                Michael Baskind
                Trial Attorney
                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                Phoenix District Office
                3300 North Central Ave., Suite 690
                Phoenix, AZ 85012

                Attorneys for Plaintiff EEOC

                */s/ Burr J. Shields*
                Burr J. Shields
                AIKEN SCHENK HAWKINS & RICCIARDI P.C.
                2390 E. Camelback Road, Suite 400
                Phoenix, AZ 85016
                burr@aikenschenk.com
                nbv@aikenschenk.com

                Attorney for Defendant Matrix Medical Network

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2019, I electronically transmitted the foregoing notice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Burr J. Shields
Aiken Schenk Hawkins & Ricciardi P.C.
2390 E. Camelback Road, Suite 400
Phoenix, AZ 85016
burr@aikenschenk.com
nbv@aikenschenk.com

Attorneys for Defendant Matrix Medical

*/s/ William Hobson*
Trial Attorney